United States Courts
Southern District of Texas
FILED

*August 07, 2024*

Nathan Ochsner, Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **UNTED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **CRIMINAL NO.**   **M-24-1146** |
| | § | |
| **LUIS ENRIQUE GUZMAN PABLO** | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Introduction

Defendant **LUIS ENRIQUE GUZMAN PABLO** was a member of the National Guard for the country of Mexico.

### THE CONSPIRACY

Beginning by May 6, 2024 and continuing at least until July 11, 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant

### LUIS ENRIQUE GUZMAN PABLO

did knowingly combine, conspire, confederate, and agree with other persons known and unknown, to commit an offense against the United States, as follows:

(a) To knowingly export or attempt to export any motor vehicle knowing the same to have been stolen in violation of Title 18, United States Code, Section 554.

### MANNER AND MEANS

The manner and means of the conspiracy included, but were not limited to, the following:

(a) It was part of the conspiracy that co-conspirators would steal motor vehicles in the Southern District of Texas.  After the motor vehicles were stolen, co-conspirators would export the vehicles or attempt to export the vehicles through ports of entry in Hidalgo and Cameron County, Texas.

(b) In order to successfully export the vehicle to individuals in Mexico, co-conspirators also communicated with individuals, such as the Defendant, who were assigned to or worked at customs in Mexico to ensure that the stolen vehicles were delivered to Mexico.  Defendant, while assigned to customs in Mexico, would ensure that the vehicles made entry into Mexico without further law enforcement inspection that could or may have discovered he stolen status of the vehicle.

## OVERT ACTS

In furtherance of the conspiracy and in order to accomplish its objectives, the following overt acts, were committed in the McAllen Division of the Southern District of Texas and elsewhere:

(a) On or about May 19, 2024, a Chevrolet Trailblazer was stolen by co-conspirators in Cameron County, Texas.  The Trailblazer was subsequently exported by co-conspirators into Mexico through the Veteran's International Bridge in Brownsville, Texas.

(b) Co-conspirators communicated with Defendant to ensure that the Trailblazer to be on the lookout for the Trailblazer and to ensure that any inspection, if any, would not reveal its stolen status.

(c) Co-conspirators paid Defendant to participate in the conspiracy and facilitate their exportation of stolen motor vehicles.

All in violation of Title 18, United States Code Section 371.

A TRUE BILL

_____

FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY